1080

LIM DOO, alias Lim Ock Gong, Appellant, v. John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellee.

No. 6793.

Circuit Court of Appeals, Ninth Circuit.
May 20, 1932.

Stephen M. White, of San Francisco, Cal. for appellant.

Geo. J. Hatfield, U. S. Atty., and Arthur Phelan, U. S. Immigration Service, both of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.
On motion of appellant, ordered appeal dismissed.

In the Matter of A. D. LIPMAN, Bankrupt. Israel M. Lipman, Appellant.

No. 347.

Circuit Court of Appeals, Second Circuit.
April 12, 1932.

See, also, 50 F.(2d) 948.

Frederick B. Hungerford, of New Britain, Conn., for appellant.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Appeal dismissed in open court.

Wm. LOUGHLIN, et al., Appellants, v. UNITED STATES, Appellee.

No. 4775.

Circuit Court of Appeals, Third Circuit.
April 12, 1932.

Affirming decree 53 F.(2d) 128.

F. M. P. Pearse, of Newark, N. J., for appellants Loughlin & McCormick.

Benjamin Dowden, of Jersey City, N. J., and Joseph W. Henry, of Newark, N. J., for appellant Engel.

Phillip Forman, U. S. Atty., of Trenton, N. J., and Samuel Cohen, of Newark, N. J.,

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.
It appearing on the argument of this case that there was no proof that the alcoholic content of the beer in question was illegal, the case is reversed; and counsel in court having agreed that the case be set for trial in the District Court during the week beginning April 18, 1932, the record will be remanded with that direction.

Franklin C. MacDONALD, Appellant, v. MID-CONTINENT PETROLEUM CORPORATION.

No. 9345.

Circuit Court of Appeals, Eighth Circuit.
Nov. 13, 1931.

Charles H. Yost, of Lincoln, Neb., for appellant.

L. J. Marti, of Lincoln, Neb., for appellee.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.